### FONG MING v. FONG LING.

(Supreme Court, Appellate Term. April 10, 1908.)

COURTS—MUNICIPAL COURTS — APPEAL — DECISIONS REVIEWABLE -- DEFAULT JUDGMENT.

No appeal lies from a default judgment in the Municipal Court; defendant's remedy being by a motion to open the default.

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Fong Ming against Fong Ling. Judgment for plaintiff by default, and defendant appeals. Appeal dismissed.

Argued before GILDERSLEEVE, P. J., and SEABURY and DAYTON, JJ.

Robert M. Moore, for appellant.

Aaron Morris, for respondent.

PER CURIAM. The appeal herein is taken from a judgment entered against the defendant upon his default. An appeal will not lie in such a case. Benvenuta v. Candeloro, 43 Misc. Rep. 684, 88 N. Y. Supp. 357. The remedy of the defendant is to move to open his default.

Appeal dismissed, with $10 costs.